IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



FILED SOUTHERN DISTRICT OF MISSISSIPPI
JUL 10 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:18CR106HSO-JCG

DARNELL MILLS                         21 U.S.C. § 846
                                      21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

That from in and around November 2016 through the date of this indictment, in Greene County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **DARNELL MILLS**, did knowingly and intentionally conspire, with others known and unknown to the Grand Jury, to possess with intent to distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

COUNT 2

That on or about November 4, 2016, in Greene County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **DARNELL MILLS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 3

That on or about October 13, 2017, in Greene County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **DARNELL MILLS**, aided and

abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 5 grams or more of actual methamphetamine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, **DARNELL MILLS,** shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853.

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___ day of _____, 2018.

UNITED STATES DISTRICT JUDGE

2